1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAURENCE PALMER,

11                Plaintiff,                          No. 2:11-cv-2927 KJN P

12          vs.

13   WARDEN IVES, et al.,

14                Defendants.                          ORDER FOR PAYMENT

15   _____ /              OF INMATE FILING FEE

16   To:  Warden of the Federal Correctional Institution at Fort Dix, P.O. Box 2000, Fort Dix, New

17   Jersey  08640:

18                Plaintiff, a state prisoner proceeding without counsel and in forma pauperis, is

19   obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial

20   partial filing fee of 20 percent of the greater of: (a) the average monthly deposits to plaintiff's

21   trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period

22   immediately preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that

23   initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of

24   twenty percent of the preceding month's income credited to plaintiff's trust account.  The Federal

25   Correctional Institution at Fort Dix is required to send to the Clerk of the Court the initial partial

26   filing fee and thereafter payments from plaintiff's prison trust account each time the amount in

                                                    1

1  the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C.

2  § 1915(b)(2).

3          Good cause appearing therefore, IT IS HEREBY ORDERED that:

4          1.  The Warden of the Federal Correctional Institution at Fort Dix or a designee

5  shall collect from plaintiff's prison trust account an initial partial filing fee in accordance with

6  the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to

7  the Clerk of the Court.  The payment shall be clearly identified by the name and number assigned

8  to this action.

9          2.  Thereafter, the Warden of the Federal Correctional Institution at Fort Dix or a

10  designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's

11  prison trust account in an amount equal to twenty percent (20%) of the preceding month's income

12  credited to the prisoner's trust account and forward payments to the Clerk of the Court each time

13  the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the

14  $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified

15  by the name and number assigned to this action.

16          3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

17  plaintiff's signed in forma pauperis affidavit on the Warden of the Federal Correctional

18  Institution at Fort Dix, P.O. Box 2000, Fort Dix, New Jersey  08640.

19          4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

20  Department of the court.

21  DATED:  November 30, 2011

22

23  _____

24  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

25  palm2927.cdc

26

2