1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LAURENCE PALMER,

11           Plaintiff,              No. 2:11-cv-2927 KJN P

12      vs.

13  WARDEN IVES, et al.,            <u>ORDER</u>

14           Defendants.

15  _____/

16          Plaintiff is proceeding without counsel and in forma pauperis.  Plaintiff consented

17  to proceed before the undersigned for all purposes.  <u>See</u> 28 U.S.C. § 636(c).

18          On April 24, 2012, the court screened plaintiff's amended complaint, pursuant to

19  28 U.S.C. § 1915A, and determined that plaintiff failed to state a cognizable civil rights claim as

20  to any defendant except defendant O'Connor.  (Dkt. No. 13.)  Plaintiff was granted the option to

21  (a) delay service of process and file a second amended complaint to attempt to state a claim

22  against the other defendants, or (b) proceed with service of process as to only defendant

23  O'Connor.  On May 10, 2012, plaintiff submitted the service forms, electing to proceed with

24  service of process on defendant O'Connor.  (Dkt. No. 14.)  Therefore, plaintiff's claims as to the

25  remaining defendants are dismissed.

26  ////

1   Accordingly, IT IS HEREBY ORDERED that this action shall proceed solely on

2 plaintiff's claims as to defendant O' Connor; the remaining defendants are dismissed.

3 DATED:  May 25, 2012

4

5                       KENDALL J. NEWMAN

6                       UNITED STATES MAGISTRATE JUDGE

7 palm2927.dsm

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26