IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURENCE PALMER,

      Plaintiff,                        No. 2:11-cv-2927 KJN P

     vs.

WARDEN IVES, et al.,               ORDER

      Defendants.

_____/

      Plaintiff is proceeding without counsel and in forma pauperis. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).

      On April 24, 2012, the court screened plaintiff's amended complaint, pursuant to 28 U.S.C. § 1915A, and determined that plaintiff failed to state a cognizable civil rights claim as to any defendant except defendant O'Connor. (Dkt. No. 13.) Plaintiff was granted the option to (a) delay service of process and file a second amended complaint to attempt to state a claim against the other defendants, or (b) proceed with service of process as to only defendant O'Connor. On May 10, 2012, plaintiff submitted the service forms, electing to proceed with service of process on defendant O'Connor. (Dkt. No. 14.) Therefore, plaintiff's claims as to the remaining defendants are dismissed.

////

1

1  Accordingly, IT IS HEREBY ORDERED that this action shall proceed solely on
2  plaintiff's claims as to defendant O' Connor; the remaining defendants are dismissed.
3  DATED: May 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

palm2927.dsm