1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   LAURENCE PALMER,                           No.  2:11-cv-2927 KJN P
12                  Plaintiff,
13          v.                                  <u>ORDER</u>
14   MICHAEL O'CONNOR,
15                  Defendant.
16
17          On January 17, 2014, defendant filed a motion to dismiss the second amended complaint

18   pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff has not opposed the motion.

19          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21   the granting of the motion . . . ."  On May 30, 2012, plaintiff was advised of the requirements for

22   filing an opposition to a motion and that failure to oppose such a motion may be deemed a waiver

23   of opposition to the motion.  (ECF No. 16 at 3.)

24          Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

25   imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

26   the Court."  In the order filed  May 30, 2012, plaintiff was also advised that failure to comply

27   with the Local Rules may result in a recommendation that the action be dismissed.  (ECF No. 16

28   at 3.)

                                               1

1    Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

2    **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
3    to comply with these rules or a court order, a defendant may move
     to dismiss the action or any claim against it.  Unless the dismissal
     order states otherwise, a dismissal under this subdivision (b) and
4    any dismissal not under this rule--except one for lack of
     jurisdiction, improper venue, or failure to join a party under Rule
5    19--operates as an adjudication on the merits.

6    Id.

7    Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date

8    of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file an

9    opposition will be deemed as consent to have the:  (a) action dismissed for lack of prosecution;

10   and (b) action dismissed based on plaintiff's failure to comply with these rules and a court order.

11   Such failure shall result in a recommendation that this action be dismissed pursuant to Federal

12   Rule of Civil Procedure 41(b).

13   Dated:  February 27, 2014

14

15   palm2927nop

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2